**Tammy Stewart DIXON,
Plaintiff–Appellant,**

v.

**PRIMARY HEALTH SERVICES
CENTER, Defendant–
Appellee.**

No. 12–30596.

United States Court of Appeals,
Fifth Circuit.

Feb. 8, 2013.

Carol Denise Powell–Lexing, Monroe, LA, for Plaintiff-Appellant.

Frederic Theodore Le Clercq, Esq., Deutsch, Kerrigan & Stiles, L.L.P., New

Orleans, LA, Michael Lee Dubos, Breithaupt, Dunn, Dubos, Shafto & Wolleson, L.L.C., Monroe, LA, for Defendant–Appellee.

Before DeMOSS, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Tammy Stewart Dixon appeals the district court's grant of summary judgment in favor of her former employer, Primary Health Services Center. We have carefully reviewed the pertinent portions of the record in light of the parties' briefs and oral arguments. We conclude that the district court did not reversibly err.

AFFIRMED.

---

* Pursuant to 5TH Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH Cir. R. 47.5.4.